UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

CHRISTOPHER J. COUSSENS,

               Plaintiff,

v.

TROY APARTMENT MANAGEMENT,
LLC, d/b/a Somerset Golf Club,

               Defendant.
_____/

Case No. 23-cv-

Hon.

ERIC STEMPIEN (P58703)
MALLORIE M. BLAYLOKC (P84331)
STEMPIEN LAW, PLLC
Attorneys for Plaintiff
38701 Seven Mile Rd., Suite 130
Livonia, MI 48152
(734)744-7002
eric@stempien.com
mallorie@stempien.com
_____/

**COMPLAINT AND JURY DEMAND**

Plaintiff, Christopher J. Coussens, by and through his attorneys, Stempien Law, PLLC, hereby complains against Defendant, Troy Apartment Management, LLC, d/b/a Somerset Golf Club, and in support thereof states:

1. Plaintiff, Christopher J. Coussens, ("Coussens" or "Plaintiff") is a resident of the City of Troy, County of Oakland, State of Michigan.

1

2. Defendant, Troy Apartment Management, LLC, d/b/a Somerset Golf Club, ("Somerset Golf Club" or "Defendant") is a Michigan limited liability company that conducts a systematic and continuous business, and with its principal place of business located in, the City of Troy, County of Oakland, State of Michigan.

3. Jurisdiction is vested with this Court pursuant to 28 USC §1331 and 42 USC §12101, et. seq.

4. On or about April 27, 2023, the Equal Employment Opportunity Commission issued a Dismissal and Notice of Rights to Coussens.

## GENERAL ALLEGATIONS

5. Prior to the incident complained of herein below, Coussens performed volunteer work for, and at, Somerset Golf Club.

6. On or about July 31, 2021, Coussens suffered a seizure while performing volunteer work at Somerset Golf Club.

7. Thereafter, Coussens learned that Somerset Golf Club was hiring two persons to join its clubhouse staff in the following spring of 2022.

8. On or about November 5, 2021, while Coussens was at Somerset Golf Club, he informed Defendant's manager that he wanted to complete an application for the Pro Shop Attendant position that Somerset Golf Club was seeking to fill for the Spring of 2022.

9. In front of other Somerset Golf Club patrons, Defendant's manager became hostile and used profane and derogatory language toward Coussens; exclaiming, "I would never hire you with your condition!"

10. Coussens is prone to seizures, has prostate issues, and struggles with walking, which have resulted in a disability.

11. Coussens' disability is medically controlled.

## COUNT I
## VIOLATION OF AMERICANS WITH DISABILITIES ACT
## DISABILITY DISCRIMINATION

12. Plaintiff hereby incorporates by reference all previous paragraphs of this Complaint as if fully set forth herein.

13. Coussens is a qualified individual with a disability within the meaning of the Americans with Disabilities Act, 42 USC §12101, et. seq.

14. Coussens has physical and/or mental impairments that substantially limits one or more of his major life activities.

15. Further, Defendant regards Coussens as has having a disability.

16. Coussens is qualified for the position of Pro Shop Attendant, with or without reasonable accommodation.

17. Coussens has suffered an adverse employment action, including but not limited to being denied employment and an application for employment.

18. The adverse employment actions taken by Defendant were made because of Coussens' disability.

19. Further, Coussens was subjected to the adverse employment action because of an actual or perceived physical or mental impairment.

20. As a direct and proximate result of Somerset Golf Club's disability discrimination, Coussens has suffered including but not limited to: lost past and future wages, loss of earning capacity, emotional distress and attorney fees.

WHEREFORE, Plaintiff, Christopher J. Coussens, prays that this Honorable Court enter a judgment in his favor and against Defendant, Troy Apartment Management, LLC, d/b/a Somerset Golf Club, in an amount that this Court deems fair and just, plus costs, interest and attorney fees.

## JURY DEMAND

Plaintiff hereby demands a trial by jury of the within cause.

STEMPIEN LAW, PLLC

*/s/ Eric Stempien*
Eric Stempien (P58703)
Attorney for Plaintiff

Dated: July 26, 2023